UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HACIENDA MANAGEMENT, S. DE R.L. DE C.V., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STARWOOD CAPITAL GROUP GLOBAL, I, LLC; et al., <br><br> Defendants - Appellees. | No. 12-16591 <br><br> D.C. No. 3:12-cv-00395-SC <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered March 28, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk